Judge John H. Chun
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SULAYMAN SARR,

    Petitioner,

v.

I. JACQUEZ, et al.,

    Respondents.

NO. C23-107-JHC-BAT

STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Petitioner Sulayman Sarr, through First Assistant Federal Defender Corey Endo, and United States Attorney Nicholas Brown and Assistant United States Attorney Teal Miller, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Petitioner has been released from the custody of the Bureau of Prisons, making his habeas petition challenging the calculation of his release date moot.

DATED this 2nd day of February, 2023.

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Sarr v. Jacquez, et al.*, C23-107-JHC-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Respectfully submitted,

NICHOLAS BROWN
United States Attorney

s/ *Teal Miller*
TEAL MILLER
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: teal.miller@usdoj.gov

*Attorney for Respondents*

s/ *Corey Endo*
COREY ENDO
First Assistant Federal Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: corey_endo@fd.org

*Attorney for Petitioner*

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 2nd day of February, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Recommended for entry this ____ day of February, 2023.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Sarr v. Jacquez, et al.,* C23-107-JHC-BAT) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

/s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Petitioner


/s/ *Teal Miller*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Sarr v. Jacquez, et al.,* C23-107-JHC-BAT) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**