UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SULAYMAN SARR,

           Petitioner,

   v.

I. JACQUEZ ,

           Respondent.

CASE NO. 2:23-cv-00107-JHC-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Assigned United States Magistrate Judge (Dkt. #17), Petitioner's Objection (Dkt. # 18), and the record, the Court finds and ORDERS:

(1) The Report provides sound reasoning for the Recommendation. And the objection reveals no flaw in such reasoning. Accordingly, the Court ADOPTS the Report and Recommendation.

(2) The motion for certification, Dkt. # 13, is denied and the motion to proceed IFP, Dkt. # 16, is stricken as moot.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 29th day of December, 2023.

ORDER OF DISMISSAL - 1

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2